UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MESHULIM GOLDMUNZER,

                            Plaintiff,

v.                                                        ORDER

EXPERIAN INFORMATION SOLUTIONS,       21-cv-10639-PMH
INC.,

                            Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
       March 4, 2022

                                                       _____
                                                       Philip M. Halpern
                                                     United States District Judge